UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BERNADINE BROWN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 07-6933** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "B"(1)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the petition of the plaintiff, Bernadine Brown, for attorney's fees (Rec. doc. 25) is **GRANTED** in **PART** and **DENIED in PART** and that Brown is awarded attorney's fees of $4,387.50.

New Orleans, Louisiana, this 8th day of September, 2008.

UNITED STATES DISTRICT JUDGE